Amy M. Samberg, Esq.
Nevada Bar No. 10212
Chad R. Fears, Esq.
Nevada Bar No. 6970
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asamberg@swlaw.com
cfears@swlaw.com

Attorneys for Defendants
SANOFI-AVENTIS U.S. LLC and SANOFI PASTEUR INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIVEKA I. FREY,<br><br>    Plaintiff,<br><br>vs.<br><br>DERMIK LABORATORIES, INC., SANOFI-AVENTIS DERMATOLOGY, SANOFI-AVENTIS, U.S., L.L.C., SANFI-SYNTHELOBO, INC., SANOFI PASTEUR, INC, DOES I through X, ROE CORPORATIONS I through V,<br><br>    Defendants. | Case No. 2:10-CV-01528-PMP-LRL<br><br>**JOINT MOTION FOR ENTRY OF CONSENT ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

COME NOW, Plaintiff Riveka I. Frey, and Defendants Dermik Laboratories, Inc., Sanofi-Aventis Dermatology, Sanofi-Aventis U.S. LLC, Sanofi Synthelobo, Inc., and Sanofi Pasteur, Inc., and jointly move this Court for entry of the attached Consent Order dismissing the claims in

///
///
///
///
///
///
///

15331075.1

1  the above-captioned action, with prejudice.

2  DATED this ___ day of July, 2012.

3  SNELL & WILMER L.L.P.                    GEORGE T. BOCHANIS, LTD.

5  By: _____            By: _____
6  Chad R. Fears, Esq. (#6970)                  George T. Bochanis, Esq. (#2262)
   3883 Howard Hughes Parkway, Ste. 1100        631 S. 9th Street
7  Las Vegas, Nevada 89169                      Las Vegas, Nevada 89101
                                                *Attorneys for Plaintiff*

*OF COUNSEL*:

9  Nancy Karen "Kay" Deming (*Pro Hac Vice*)
   Georgia Bar No. 217581
   karen.deming@troutmansanders.com
10 S. Eric Rumanek (*Pro Hac Vice*)
   Georgia Bar No. 558047
11 eric.rumanek@troutmansanders.com
   TOUTMAN SANDERS LLP
12 5200 Bank of America Plaza
   600 Peachtree Street, N.E.
13 Atlanta, Georgia 30308-2216
   Telephone:  (404) 885-3000
14 Facsimile:  (404) 885-3900

15 *Attorneys for Defendants*

- 2 -

15331075.1

Amy M. Samberg, Esq.
Nevada Bar No. 10212
Chad R. Fears, Esq.
Nevada Bar No. 6970
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asamberg@swlaw.com
cfears@swlaw.com

Attorneys for Defendants
SANOFI-AVENTIS U.S. LLC and SANOFI PASTEUR INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RIVEKA I. FREY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DERMIK LABORATORIES, INC., SANOFI-AVENTIS DERMATOLOGY, SANOFI-AVENTIS, U.S., L.L.C., SANFI-SYNTHELOBO, INC., SANOFI PASTEUR, INC, DOES I through X, ROE CORPORATIONS I through V,<br><br>　　　　　　Defendants. | Case No. 2:10-CV-01528-PMP-LRL<br><br>**CONSENT ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

　　　　It appearing that Plaintiff and Defendants, by and through their undersigned counsel, have agreed to the dismissal with prejudice of all claim s in the above-captioned action;

　　　　IT IS HEREBY ORDERED that the within and foregoing action be dismissed with prejudice with each party to bear its own respective attorneys' fees and costs.

　　　　**IT IS SO ORDERED** this 25th day of July, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

15331075.1