Amy M. Samberg, Esq.
Nevada Bar No. 10212
Chad R. Fears, Esq.
Nevada Bar No. 6970
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asamberg@swlaw.com
cfears@swlaw.com

Attorneys for Defendants
SANOFI-AVENTIS U.S. LLC and SANOFI PASTEUR INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RIVEKA I. FREY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DERMIK LABORATORIES, INC., SANOFI-AVENTIS DERMATOLOGY, SANOFI-AVENTIS, U.S., L.L.C., SANFI-SYNTHELOBO, INC., SANOFI PASTEUR, INC, DOES I through X, ROE CORPORATIONS I through V,<br><br>　　　　　　　Defendants. | Case No. 2:10-CV-01528-PMP-LRL<br><br>**JOINT MOTION FOR ENTRY OF CONSENT ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

COME NOW, Plaintiff Riveka I. Frey, and Defendants Dermik Laboratories, Inc., Sanofi-Aventis Dermatology, Sanofi-Aventis U.S. LLC, Sanofi Synthelobo, Inc., and Sanofi Pasteur, Inc., and jointly move this Court for entry of the attached Consent Order dismissing the claims in

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

15331075.1

the above-captioned action, with prejudice.

DATED this ___ day of July, 2012.

| SNELL & WILMER L.L.P. | GEORGE T. BOCHANIS, LTD. |
|---|---|
| By: /s/ Chad R. Fears | By: /s/ George T. Bochanis |
| Chad R. Fears, Esq. (#6970)<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, Nevada 89169 | George T. Bochanis, Esq. (#2262)<br>631 S. 9th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

**OF COUNSEL:**

Nancy Karen "Kay" Deming (*Pro Hac Vice*)
Georgia Bar No. 217581
karen.deming@troutmansanders.com
S. Eric Rumanek (*Pro Hac Vice*)
Georgia Bar No. 558047
eric.rumanek@troutmansanders.com
TOUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone:  (404) 885-3000
Facsimile:  (404) 885-3900

*Attorneys for Defendants*

- 2 -

15331075.1

Amy M. Samberg, Esq.
Nevada Bar No. 10212
Chad R. Fears, Esq.
Nevada Bar No. 6970
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
asamberg@swlaw.com
cfears@swlaw.com

Attorneys for Defendants
SANOFI-AVENTIS U.S. LLC and SANOFI PASTEUR INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIVEKA I. FREY,<br><br>Plaintiff,<br><br>vs.<br><br>DERMIK LABORATORIES, INC., SANOFI-AVENTIS DERMATOLOGY, SANOFI-AVENTIS, U.S., L.L.C., SANFI-SYNTHELOBO, INC., SANOFI PASTEUR, INC, DOES I through X, ROE CORPORATIONS I through V,<br><br>Defendants. | Case No. 2:10-CV-01528-PMP-LRL<br><br>**CONSENT ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

It appearing that Plaintiff and Defendants, by and through their undersigned counsel, have agreed to the dismissal with prejudice of all claim s in the above-captioned action;

IT IS HEREBY ORDERED that the within and foregoing action be dismissed with prejudice with each party to bear its own respective attorneys' fees and costs.

**IT IS SO ORDERED** this 25th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

15331075.1